### WETZLER v. SILVERMAN et al.

(Supreme Court, Appellate Term. June 24, 1910.)

Costs (§ 48*)—Dismissal of Action—Discretion of Court.

Where Code Civ. Proc. § 822, permits the court in its discretion to dismiss an action where plaintiff unreasonably neglects to proceed, the discretion does not extend to costs; but, the judgment being a final one, costs belong to defendant as a matter of right, under sections 3228, 3229.

[Ed. Note.—For other cases, see Costs, Cent. Dig. §§ 192, 196; Dec. Dig. § 48.*]

Appeal from City Court of New York, Special Term.

Action by Ferdinand Wetzler against Samuel Silverman and others. From a judgment dismissing the complaint without costs, defendants appeal. Modified, to provide for costs, and affirmed.

Argued before SEABURY, GUY, and BIJUR, JJ.

Jacob Burnstone, for appellants.

Samuel Brand, for respondent.

PER CURIAM. This is an appeal by the defendants from an order which dismisses the complaint without costs. The appeal is from that provision of the order which denies the defendants costs on the granting of the dismissal.

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

In Murthey v. Burke, 121 App. Div. 400, 106 N. Y. Supp. 98, Mr. Justice Hirschberg, writing for the court, said:

"The order cannot be sustained. It is provided by section 822 of the Code of Civil Procedure that, where a plaintiff unreasonably neglects to proceed in an action, the court may, in its discretion, upon application of the defendant, dismiss the complaint and render judgment accordingly. The discretion having been exercised in favor of the defendant, judgment in his favor necessarily follows. The judgment is a final one, and by virtue of the provisions of sections 3228 and 3229 of the Code of Civil Procedure costs belong to the defendant as a matter of right. This was held many years ago in Tillspaugh v. Dick, 8 How. Prac. 33; Parker, J., saying: 'The dismissal of the complaint was a judgment in favor of the defendant, and entitled him to recover whatever items of costs are given by the Code for services rendered.' "

The order appealed from should be so modified as to provide for the payment of costs, and, as so modified, affirmed, with $10 costs and disbursements.